# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Bradley Jerald Fournier
2056 Rodney Av #2
Los Angeles, CA 90024

☐ Service information continued on attached page

Date: 08/08/2022        Signature: *Maria Evangelista*

Deputy Clerk [*printed name*]:    Maria Evangelista

CACB Rev. June 2016

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Bradley Jerald Fournier<br>2056 Rodney Av #2<br>Los Angeles, CA 90024<br><br>818-314-9192<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES ||
|---|---|
| In re:<br><br>Bradley Jerald Fournier<br><br><br>Debtor(s). | CASE NO.: 2:22-bk-13547-BB<br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:22-ap-01154-BB |
| Bradley Jerald Fournier<br><br>Plaintiff(s)<br>Versus<br>Frank E Marchetti<br>(See Attachment A for names of additional defendants)<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **09/06/2022.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    Date:             October 11, 2022
    Time:            02:00 PM
    Hearing Judge:   Sheri Bluebond
    Location:        255 E Temple St., Crtrm 1539, Los Angeles, CA 90012

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                Page 1                          **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                              KATHLEEN J. CAMPBELL
                                              CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: August 4, 2022

                                        By: _____"s/" Maria Evangelista_____
                                                        Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                       Page 2                 **F 7004-1.SUMMONS.ADV.PROC**

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Bradley Jerald Fournier | Frank E Marchetti<br>DOES 1 to 10 Inclusive |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
Date               Printed Name            Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    **F 7004-1.SUMMONS.ADV.PROC**

Bradley Fournier
2056 Rodney Drive #2
Los Angeles, CA. 90024
(818) 314 - 9192

In Pro per



FILED
AUG - 2 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| **In re:** | ) BK Case No. 2:22-13547-BB |
| | ) |
| BRADLEY JERALD FOURNIER | ) Adversary Case No. |
| | )   22-Ap- 01154 BB |
| **Debtor** | ) |
| | ) COMPLAINT FOR DAMAGES |
| | ) |
| BRADLEY FOURNIER | ) |
| **Plaintiffs** | ) 1. VIOLATION OF THE AUTOMATIC |
| | )    STAY (11 USC. § 362); |
| vs. | ) |
| | ) 2.  Intentional Infliction of Emotional |
| FRANK E. MARCHETTI, an individual, and | )    Distress; |
| DOES 1 to 10, Inclusive. | ) |
| | ) 3.  Negligent Infliction of Emotional |
| **Defendants** | )    Distress; |
| | ) |

COMES NOW, BRADLEY JERALD FOURNIER, with the following allegations:

### PARTIES

1. Plaintiff and Debtor, BRADLEY JERALD FOURNIER (hereinafter referred to as "Debtor" or "Plaintiff") is a natural person and resident of the State of California in the County of Los Angeles and was a resident at the time all the things complained about herein occurred.

2. Defendant, FRANK E. MARCHETTI. (hereinafter referred to as "Defendant"), is an attorney believed to be duly licensed to practice law in the State of California and is a member of the California state bar who represents two defendants in another case where I am seeking damages due to the actions against me by various defendants.

3. Plaintiff is ignorant of the true names and capacities of any other Party Defendant sued herein as DOES I through 10, inclusive, and therefore sue these Third Party Defendant by such fictitious names. Debtor will amend this complaint to allege their true names and capacities when ascertained.

4. Plaintiff institutes this action for actual damages, statutory damages, attorney's fees, and the costs of this action against Defendant for violating the Automatic Stay 11 U.S.C. Sec. 362.

### JURISDICTION AND VENUE

5. Jurisdiction of this Court is proper pursuant to 28 U.S.C. § 157 (b)(1) in that this action arises under the Chapter 7 bankruptcy case, In re BRADLEY JERALD FOURNIER, filed in the United States Bankruptcy Court Central District of California – Los Angeles, assigned the case number captioned hereinabove.

6. Venue is proper because all the acts complained of herein occurred within the

7. On May 12, 2022, Plaintiff filed a civil action for damages in the Los Angeles Superior Court captioned Bradley Fournier v. Janine Sailly et al and assigned Los Angeles Superior Court Case Number 22 STCV 15819. Defendant became the attorney of record for Janine Sailly and Jacqueline Sailly in the civil action 22 STCV 15819 on or about June 1, 2022 when Defendant sent Plaintiff a letter noticing Plaintiff that he was the new attorney of record for Janine Sailly and Jacqueline Sailly. Defendant subsequently filed a demurrer on behalf of Janine Sailly and Jacqueline Sailly on or about June 15, 2022.

8. On June 29, 2022 Plaintiff filed a Voluntary Petition under Chapter 7 in the United States Bankruptcy Court on June 29, 2022. An order for relief was thus entered on June 29, 2022, pursuant to 11 U.S.C § 301, thus triggering the Automatic Stay, pursuant to 11 U.S.C. § 362(a) of all debt collection against the Debtors as well as pending legal actions in State Courts.

9. On June 29, 2022, Defendant was given notice of Debtor's filing his Petition for Bankruptcy in the United States Bankruptcy Court under Chapter 7 by the Clerk of the Bankruptcy Court as well as constructive notice through the Los Angeles Superior Court Action where Defendant was present representing .

10. Despite receiving notice from the United States Bankruptcy Court Clerk regarding Plaintiff's filing of his Petition and the resulting Automatic Stay protection afforded Plaintiff, Defendant continued in action against Plaintiff by in the Los Angeles Superior Court despite his knowledge of the Stay afforded Plaintiff through 11 U.S.C. § 362(a).

11. Plaintiff is informed that Defendant is a personal friend of Janine Sailly and Jacqueline Sailly. Plaintiff believes that Defendant has acted outside the ethical scope of his legal representation of Janine Sailly and Jacqueline Sailly by taking actions designed to show his loyalty to friends despite, in this case, the protection afforded Plaintiff of the Automatic Stay..

I
### FIRST CAUSE OF ACTION
**(Violation of the Automatic Stay 11 U.S.C. § 362)**

12. Debtor incorporates paragraphs 1 through 11, above hereinto the First Cause of Action just as if the allegations made in paragraphs 1 through 11, were being made in full herein the First Cause of Action.

13. Defendant, with full knowledge of the Protection given Plaintiff under the Automatic Stay, continued participating in discovery activity in the Superior Court and purposely violated it by responding to discovery request late and using boiler-plate type of responses as well as objecting to each and every form interrogatory prepared by the Judicial Council for the sole purpose to harass and annoy Plaintiff.

13. On July 15, 2022, Defendant filed a demurrer against Plaintiff's first Amended Complaint in the Los Angeles Superior Court action to the First Amended Complaint filed by Plaintiff knowing that the Automatic Stay is in place and that it would have no effect on the state court's litigation solely for the purpose to cause Plaintiff to suffer anxiety, fear and worry regarding the designed actions of Defendant.

14. Defendant's actions do not allow Plaintiff the breathing room afforded Plaintiff under the protection of the Automatic Stay. Not only does the Automatic Stay contained in 11 U.S.C. §362, require creditors to cease their efforts to collect a debt from a debtor under the protection of the Automatic Stay, it also requires a cessation in litigation for the type of legal action Plaintiff has against Defendant in his representation of Janine Sailly and Jacqueline Sailly in the action Plaintiff has which names them as defendants.

15. Plaintiff is extremely worried and continues to suffer anxiety regarding his ability to "pull things together" while afforded the protection of the United States Bankruptcy Court Automatic Stay.

16. Debtor seeks damages in an amount to be determined at trial including the cost to hire an attorney and pay his attorney fees at trial for this matter as well as any other resulting expense, cost or fees which may result due to Defendant's actions.

17. Plaintiff punitive damages in an amount which will punish Defendant from participating in this type of behavior as determined by the Court.

II
### SECOND CAUSE OF ACTION
**(Intentional Infliction of Emotional Distress)**

18. Plaintiff incorporates paragraphs 1 through 17, above hereinto the Second Cause of Action just as if the allegations made in paragraphs 1 through 17 were being made in

19. Defendant is acting in a very "coy" manner in violating the Bankruptcy Court Automatic Stay. He's responding to discovery in a manner designed to cause annoyance to Plaintiff by sending discovery responses to Plaintiff weeks after the Automatic Stay went into effect. Defendant responds to each and every interrogatory or request for the production of any document solely to annoy Plaintiff. Defendant's responses are commonly known as "Boiler-Plating" responses to discovery. Defendant even objects to the definitions provided by the Judicial Council in form interrogatories which he also objects to.

20. Defendant is taking "Pot Shots" at Plaintiff to cause him annoyance and to make his clients Janine Sailly and Jacqueline Sailly happy. He believes that Plaintiff will have no idea of how to respond to his actions so he continues to harass, annoy and cause anxiety in Plaintiff.

21. Defendant's actions go beyond the realm of all common decency and as an officer of the Court and duly licensed California Attorney actually intensifies the harm caused Plaintiff by having a person in which the State of California has made an officer of the Court, who is harassing a pro per litigant.

22. Plaintiff has been anguished and suffered tremendous anxiety being afraid to have his State Court action dismissed for failing to continue in litigation when after Plaintiff was given the protection of the Automatic Stay.

23. Defendant is the proximate and actual cause of the harm suffered by Plaintiff.

24. Plaintiff seeks punitive damages in an amount which will punish Defendant from participating in the type of behavior he has perpetrated against Plaintiff herein

II
### THIRD CAUSE OF ACTION
**(Negligent Infliction of Emotional Distress)**

25. Plaintiff incorporates paragraphs 1 through 24, above hereinto the Third Cause of Action just as if the allegations made in paragraphs 1 through 24 were being made in full herein the Third Cause of Action.

26. Defendant owes a duty of care to not cause emotional distress to a person in Bankruptcy under the protection of the Automatic Stay or else in his representation of a party. This same duty requires that Defendant represent clients ethically and not allow his superior knowledge of the law to be used in any subversive manner by a client he represents.

27. When Defendant continued in action against Plaintiff under the color of him having authority to do so and in disregard of the Bankruptcy Automatic Stay, he breached the duty he owed Plaintiff in doing so.

28. Defendant's actions go beyond the realm of all common decency and as an officer of the Court and duly licensed California Attorney actually intensifies the harm caused Plaintiff by having a person in which the State of California has made an officer of the Court, who is harassing a pro per litigant.

29. Plaintiff has been anguished and suffered tremendous anxiety being afraid to have his State Court action dismissed for failing to continue in litigation when after Plaintiff was given the protection of the Automatic Stay.

30. Defendant is the proximate and actual cause of the harm suffered by Plaintiff.

///

### PRAYER
**WHEREFORE**, Plaintiff prays for judgment against defendant(s) and each of them, as follows:
**On the First Cause of Action:**
1. For compensatory damages according to proof at time of trial;
2. For punitive damages subject to proof at time of trial;

///

**On the Second Cause of Action:**
1. For compensatory damages according to proof at time of trial;
2. For punitive damages subject to proof at time of trial;

///

**On the Third Cause of Action:**
1. For compensatory damages according to proof at time of trial;

///

**On All Causes of Action**
1. For costs of suit incurred herein;
2. For reasonable attorney's fees provided by contract or statute; and
3. For such other and further relief as the court may deem just and proper.

Dated: July 28, 2022

/s/ Bradley T. Fournier

Bradley Fournier
Plaintiff in pro se

-1-

Case 2:22-ap-01154-BB    Doc 3    Filed 08/08/22    Entered 08/08/22 09:20:36    Desc
Main Document    Page 9 of 15

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| 2056 Bradley Jerald Fournier<br>~~2256~~ Rodney Drive #2<br>Los Angeles, CA. 90027<br>(818) 314 - 9192 | RECEIVED<br>AUG - 2 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| Attorney for Plaintiff | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

BRADLEY JERALD FOURNIER

CASE NO.: ~~2:22-bk-13457~~ 2:22-bk-13547-BB
CHAPTER: 7
ADVERSARY NO.: 22-AP-01154 BB

Debtor(s).

BRADLEY JERALD FOURNIER

Plaintiff(s)

Versus

FRANK E. MARCHETTI, an individual, and DOES 1 to 10, Inclusive.

Defendant(s)

**SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING**
**[LBR 7004-1]**

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date: _____ | Address: |
| Time: _____ | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: _____ | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 1                    F 7004-1.SUMMONS.ADV.PROC

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                            F 7004-1.SUMMONS.ADV.PROC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7-29-2022   Bradley Jerald Fournier   /s/ Bradley J. F.
Date        Printed Name              Signature

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                             Page 3                         F 7004-1.SUMMONS.ADV.PROC

DWP
111 N. HOPE STREET
LOS ANGELES, CA. 90012
BANKRUPTCY DEPARTMENT

JANINE SAILLY
2056 RODNEY DR #2
LOS ANGELES, CA. 90027

DENNIS P. BLOCK
455 N. Moss Street
Burbank, CA. 91502

FRANK MARCHETTI
3731 Wilshire Blvd
Suite 635
Los Angeles, CA. 90010

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) 22-AP01154BB |
|---|---|
| **PLAINTIFFS** Bradley Jerald Fournier | **DEFENDANTS** Frank L. Marchetti and Does 1 to 10, Inclusive |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) In Pro se | **ATTORNEYS** (If Known) ? |
| **PARTY** (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Violation of the Automatic Stay;

11 USC 362(k)

RECEIVED AUG 2 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

**Other Relief Sought**

Damages for Violation of the Auto Stay

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR Bradley Jerald Fournier | BANKRUPTCY CASE NO. 2:22-BK-13457-BB ||
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE Los Angeles | NAME OF JUDGE BB |
| RELATED ADVERSARY PROCEEDING (IF ANY) |||
| PLAINTIFF Bradley Jerald Fournier | DEFENDANT Frank E. Marchetti | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |||
| DATE July 29, 2022 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) Bradley Jerald Fournier ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.